In the Matter of the Accounting of JOHN THOMPSON et al., as Executors of MARY J. GALLAGHER, Deceased, Appellants.

METHODIST EPISCOPAL CHURCH HOME OF THE CITY OF NEW YORK, Appellant; MARY A. HARRIS, Respondent.

(Submitted February 21, 1916; decided February 29, 1916.)

Motion for re-argument denied, with ten dollars costs. (See 217 N. Y. 111.)

---

In the Matter of the Application of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Lands Required for the Opening of Ely Avenue in the Borough of Queens.

FREDERICK AYER et al., Respondents.

(Submitted February 21, 1916; decided February 29, 1916.)

Motion for re-argument denied, with ten dollars costs. (See 217 N. Y. 45.)

---

BERNARD A. SCHWEID et al., Respondents, v. CARL W. STORANDT, Appellant.

(Submitted February 21, 1916, decided February 29, 1916.)

Motion for re-argument denied, with ten dollars costs. (See 217 N. Y. 637.)

---

BURTON H. SHELDON, Respondent, v. FRANK McFEE et al., Appellants.

(Submitted February 21, 1916; decided February 29, 1916.)

Motion for re-argument denied, with ten dollars costs. (See 216 N. Y. 618.)